# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**NEWARK OFFICE**

December 4, 2006
**DATE OF PROCEEDINGS**

**JUDGE** PETER G. SHERIDAN, USDJ

**COURT REPORTER:** IRA RUBENSTEIN

Other(s) _____

**Docket #** Civ. 06 - 5782 (PGS)

**TITLE OF CASE**
SAVIENT PHARMACEUTICALS, INC.
     vs.
SANDOZ, INC., et al

**APPEARANCE:**

ARNOLD B. CALMANN, JONATHAN S. CAPLAN, and DONALD L. RHOADS, ESQS., FOR PLAINTIFFS

JAMES C. SIMPSON, MARTIN B. PAVANE, THOMAS C. PONTANI, Ph.D, MINDY H. CHETTIH, JOHN S. GOETZ and DANIEL G. BROWN, ESQS. FOR DEFENDANTS

**NATURE OF PROCEEDINGS:** HEARING
NO APPEARANCE.

OPINION READ INTO THE READ.

ORDER TO BE FILED.

Adjourned to: _____   Time commenced: 12:00 p.m.   Time Adjourned: 1:00 p.m.

Dolores Hicks
DEPUTY CLERK

cc: Chambers